```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                  JONESBORO DIVISION
```

WILLIE WELLS, III
ADC #100985

vs.                                    NO. 3:07CV00025 SWW

RODGER BRIGMAN, ET AL

**ORDER**

Before the Court is defendants' motion for a continuance of the trial in the above matter scheduled for March 17, 2008.  Though plaintiff objects, for good cause shown, the Court finds that the motion should be, and it hereby is, granted.

The trial of this matter is rescheduled for trial to the Court during the week beginning **MONDAY, APRIL 28, 2008,** commencing at **9:30 a.m.**, **in LITTLE ROCK**, Arkansas.  Counsel should be present 30 minutes prior to the time of trial.

As this matter is being continued shortly before the scheduled trial date, the deadlines for completing discovery and filing dispositive motions have expired and will not be extended.

Pursuant to the scheduling order entered on May 14, 2007, the parties were directed to submit simultaneous trial briefs and proposed Findings of Fact and Conclusions of Law to the Court **15 calendar days** prior to trial.  The parties have not done so and now are directed to comply with the orders of the Court and submit these by no later than **April 4, 2008**.

IT IS SO ORDERED this 10th day of March, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE