# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIE WELLS
*ADC #100985*

vs. NO. 3:07CV00025 SWW

RODGER BRIGMAN, ET AL

### ORDER

The trial of this matter currently is scheduled to begin the week of May 27, 2008. Defendants now have filed a motion to dismiss this action as well as a motion to continue the trial due to defendant Clay Rose being unable to attend the trial as scheduled. For good shown, the Court finds the motion to continue should be granted.

IT IS THEREFORE ORDERED that defendants' motion to continue is granted, and the bench trial scheduled for May 27, 2008, is continued. A new trial date will be scheduled following resolution of defendants' motion to dismiss, if necessary.

IT IS SO ORDERED this 21st day of May, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE