IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| WILLIE WELLS, III<br>ADC #100985<br>　　　　Plaintiff<br><br>VS.<br><br>ROGER BRIGMAN, ET AL<br><br>　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | NO: 3:07CV00025  SWW |

## ORDER

During his incarceration at the Wrightsville Unit of the Arkansas Department of Correction ("ADC"), Plaintiff Willie Wells ("Wells") commenced this action *pro se* under 42 U.S.C. § 1983 against law enforcement officers Rodger Brigman ("Brigman") and Clay Rose ("Rose") and the City of West Memphis.  By order entered February 25, 2008, the Court granted in part Defendants' motion for summary judgment.  The only claims remaining for trial are individual capacity claims against Defendants Rose and Brigman.  Before the Court is Defendants' motion to dismiss and Wells' response in opposition.  After careful consideration, the motion to dismiss will be denied.

As part of the Prison Litigation Reform Act of 1996 ("PLRA"), prisoners granted *in forma pauperis* status are required to pay the filing fee but are allowed to do so in installments. 28 U.S.C. § 1915(b).  Additionally, the "three strikes" provision of the PLRA limits the ability of a prisoner, who has filed at least three claims that have been dismissed as frivolous, malicious,

1

or for failure to state a claim, to obtain *in forma pauperis* status.  *See* 28 U.S.C. § 1915(b).

Defendants assert that Wells' complaint must be dismissed because he qualifies as a three-striker.  However, the three-strikes provision merely disqualifies a prisoner from proceeding *in forma pauperis*, and dismissal is proper only when the plaintiff has not paid the filing fee.  In this case, as of July 2, 2007, the filing fee was paid in full through monthly installments collected from Wells' prison trust account.   Accordingly, the Court finds no basis for dismissing the case.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (docket entry #59) is DENIED.

IT IS SO ORDERED THIS 24th DAY OF JUNE, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE