**THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| | * | |
| WILLIE WELLS, III | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 3:07CV00025   SWW |
| | * | |
| | * | |
| ROGER BRIGMAN, ET AL | * | |
| | * | |
| Defendants | * | |
| | * | |

## ORDER

On February 19, 2009, Defendants filed a motion for summary judgment (docket entry #75).  Although the deadline for dispositive motions has passed, Plaintiff is notified that the Court will consider Defendants' motion.  Plaintiff's response, which would otherwise be due on March 5, 2009, is due on or before March 18, 2009.

IT IS SO ORDERED THIS 3RD  DAY OF MARCH, 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE