## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

|  |  |
|---|---|
| WILLIE WELLS, III<br>ADC #100985<br>      Plaintiff<br><br>VS.<br><br>ROGER BRIGMAN, ET AL<br><br>      Defendants | *<br>*<br>*<br>*<br>*    NO: 3:07CV00025 SWW<br>*<br>*<br>*<br>*<br>*<br>* |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 26TH DAY OF MARCH, 2009.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE